# SUPERIOR COURT

C. T. Crawford Co.
vs. } No. 52073
Walter E. S. Tanner

RESCRIPT

March 6, 1925

BLODGETT, J. Heard upon motion for new trial after verdict for plaintiff for $836.25.

The action arose from dispute over a building contract between plaintiff and defendant.

Plaintiff introduced much detailed evidence as to costs under the contract and expert evidence that the prices charged were reasonable. Defendant claimed the work was done in an unworkmanlike manner and that certain items of the specifications have not as yet been completed; further, that the sum of $448.97 due on the original contract is more than offset by necessary work to complete the house under the contract.

The jury viewed the premises and the case was tried with great care by both plaintiff and defendant and all evidence that bore on the matter produced, and the court can not say, after the view and the evidence produced, that the verdict is so clearly wrong that a new trial should be granted.

Motion denied.

For Plaintiff: Frank H. Wildes.

For Defendant: A. S. & A. P. Johnson.

---

# SUPERIOR COURT

Daniel Kitchen
vs. } No. 50312
Leon Rosenfeld et al.

RESCRIPT

March 24, 1925.

SUMNER, J. Defendant has petitioned for a new trial on the ground that the damages are excessive.

The plaintiff was allowed to testify without objection that the furniture in question was worth $195. The value of the individual items was not brought out on cross-examination. The jury returned a verdict for the plaintiff in the sum of $110 and interest, making a total of $135.70. The Court is not satisfied that the amount is excessive.

Defendant's petition for a new trial is denied.

For plaintiff: Charles R. Easton

For defendants: McGovern & Slattery and Fred B. Perkins.